IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVE DIXON
ADC #166392                                                                PLAINTIFF

VS.                       5:18-CV-00029-BRW

LAURA KING, Records,
Randall Williams Unit, Arkansas
Department of Correction, *et al*.                                         DEFENDANTS

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of February, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE